UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re

                                        Case No. 10-72066-SCS

HARDY, LANA G
HARDY, CARY M                           Chapter 7


        Debtor(s)

        REPORT OF DEPOSIT OF SMALL DIVIDENDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL  61702 | .98 |


Dated: March 28, 2011

Tom C. Smith, Trustee
1600 Virginia Beach Blvd.
P.O. Box 1506
Virginia Beach, VA  23454

(757) 428-3481

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee at 200 Granby Street, Room 625, Federal Building, Norfolk, VA 23510 on March 28 2011.

Tom C. Smith